FILED
CLERK, U.S. DISTRICT COURT

JUN - 4 2019

CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

"O"

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs. Khanhloc Ngoc Pham<br><br>Defendant. | Case No.: SACR18-00145-CJC<br><br>ORDER [OF DETENTION]<br>AFTER HEARING HELD PURSUANT<br>TO 18 U.S.C. § 3148 (B)<br><br>(Alleged Violation of Conditions of<br>Pretrial Release) |

A.

A warrant for arrest of the defendant for the alleged violation of conditions of pretrial release having been issued by Judge ___ C. Carney ___, and the Court having conducted a hearing on the alleged violation(s),

B.

The Court finds

(1)

    (A)  ( )  that there is probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B)  (✓)  that there is clear and convincing evidence that the defendant has violated any other condition of release, specifically the following:

___ using illegal drugs; failing to charge ___
___ location monitoring device ___

and

(2)

    (A)   ( )   that based on the factors set forth in 18 U.S.C. § 3142(g), there is no condition or combination of conditions of release that will assure that the defendant will not flee or pose a danger to the safety or any other person or the community; or

    (B)   (✓)   that the defendant is unlikely to abide by any condition or combination of conditions of release.

            and/or, in the event of (1) (A)

(3)        ( )   that the defendant has not rebutted the presumption that no condition or combination of conditions will assure that the person will not pose a danger to the safety of any other person or the community.

                 or

(4)        ( )   that there are conditions of release that will assure that the defendant will not flee or pose a danger to the safety of any other person or the community, and that the defendant will abide by such conditions. See separate order setting conditions.

        ( )   This Order shall be stayed for 72 hours in order to allow the Government to seek review from the [assigned District Judge] [criminal duty District Judge].

                 or

                 C.

(✓)   IT IS ORDERED that the defendant be detained prior to trial.

DATED: ___6/4/19___

_____
KAREN E. SCOTT
UNITED STATES MAGISTRATE JUDGE

2